■ In the Matter of FRANCHESCA L.S. and Another. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; HARRY W.S., Respondent. [901 NYS2d 896]—Appeal from an order of the Family Court, Oneida County (Julia M. Brouillette, R.), entered June 19, 2009. The order, insofar as appealed from, determined that petitioner failed to make reasonable efforts to effectuate the permanency plan of adoption for the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Lindley and Pine, JJ.